686 A.2d 322

IN THE MATTER OF JAMES G. CERESNAK,
AN ATTORNEY AT LAW.

December 11, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **JAMES G. CERESNAK** of **BASKING RIDGE,** who was admitted to the bar of this State in 1978, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JAMES G. CERESNAK** is temporarily suspended from the practice of law, pursuant to *Rule* 1:20–11 and *Rule* 1:20–3(g)(4), effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES G. CERES-NAK** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JAMES G. CERESNAK** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.